## JACKSON v. JOHNSON.

(Decided January 21, 1915.)

APPEAL from Autauga Chancery Court.

Per curiam. Affirmed on certificate.

EUGENE BALLARD, and P. E. ALEXANDER, for appellant. W. A. GUNTER, for appellee.

MAYFIELD, J.—Suit to enjoin foreclosure of mortgage. Decree affirmed on the facts.

ANDERSON, C. J., SOMERVILLE and GARDNER, JJ., concur.